UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MORGAN HOWARTH,

              Plaintiff,

v.

NICHE DESIGN INC. and NICHE MODERN LLC,

              Defendants.
-----------------------------------------------------------x

**ORDER**

23-CV-10439 (PMH)

PHILIP M. HALPERN, United States District Judge:

On November 29, 2023, Morgan Howarth ("Plaintiff") commenced the instant action against Niche Design Inc. and Niche Modern LLC ("Defendants"). (Doc. 1).

On December 1, 2023, the Clerk of Court issued summonses as to Defendants. (Docs. 9-10). Plaintiff filed affidavits of service as to Defendants on December 13, 2023. (Docs. 11-12). Defendants did not answer or otherwise respond to the Complaint. There has been no activity on the docket since the filing of the affidavits of service.

Plaintiff is directed to comply with this Court's Individual Practices Rule 4(B) by February 28, 2024. Failure to strictly comply with this Court's Individual Practices and this order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

SO ORDERED:

Dated: White Plains, New York
       January 31, 2024

                                                        _____
                                                        Hon. Philip M. Halpern
                                                        United States District Judge